Mark L. Javitch (CA SBN 323729)
210 S Ellsworth Ave #486
San Mateo, CA 94401
Telephone: 402-301-5544
Facsimile: 402-396-7131
javitchm@gmail.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANFIELD,<br><br>                    Plaintiff,<br><br>v.<br><br>PALMER ADMINISTRATIVE SERVICES, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.: 19CV0022 GPC WVG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Canfield and Defendant Palmer Administrative Services, Inc., (collectively, the "Parties") hereby stipulate and give notice to the Court that the Parties now wish to dismiss this case, including dismissing all of Plaintiff's claims against Defendant with prejudice. In support of this motion, the Parties state that they have entered into a voluntary settlement agreement that fully and finally resolves all claims, including all claims that were asserted, or that could have been asserted, in the case and therefore the matters in dispute between Plaintiff and Defendant have been resolved.

WHEREFORE, the Parties request that the Court enter an order dismissing the case with prejudice.

DATED: April 22, 2019                **MARK L. JAVITCH, ATTORNEY AT LAW**

By: /s/ *Mark L. Javitch*
Mark L. Javitch

Counsel for Plaintiff
DANIEL CANFIELD

DATED: April 22, 2019                **GREENSPOON MARDER LLP**

By: /s/ *Blake Osborn*
Blake Osborn

Counsel for Defendant
PALMER ADMINISTRATIVE SERVICES, INC.

## ATTESTION OF E-FILED SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's counsel, and that I have obtained their authorization to affix electronic signatures to this document. I hereby attest, under penalty of perjury under the laws of the United States, that Blake Osborn has concurred in the content of the foregoing and has authorized this filing.

DATED: April 22, 2019                By: /s/ *Mark L. Javitch*
                                                Mark L. Javitch

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this 22nd day of April 2019 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 22nd day of April, 2019.

/s/ *Mark L. Javitch*
Mark L. Javitch