UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANFIELD<br>　　　　Plaintiff,<br>v.<br>PALMER ADMINISTRATIVE SERVICES, INC., a Delaware corporation<br>　　　　Defendant. | Case No.: 3:19-CV0022-GPC-WVG<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: May 1, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge

1

3:19-CV0022-GPC-WVG